USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 27, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KAREN FARMER,**<br><br>      **Plaintiff,**<br><br>  -against-<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC. ET AL,**<br><br>      **Defendants.** | **21-cv-3078 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated: July 27, 2021
    New York, New York

                         _____
                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**